**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Miguel BRACAMONTES, a/k/a Miguel Rayo Bracamontes, a/k/a Miguel Bracamontes–Rayo, a/k/a Reinaldo Palomares, Defendant–Appellant.**

**No. 16–6115.**

United States Court of Appeals,
Fourth Circuit.

Submitted: May 2, 2016.

Decided: May 13, 2016.

Miguel Bracamontes, Appellant Pro Se. Jennifer P. May–Parker, Assistant United States Attorney, Seth Morgan Wood, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

---

Before WILKINSON, MOTZ, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Miguel Bracamontes appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Bracamontes,* No. 7:10–cr–00030–F–1 (E.D.N.C. Jan. 19, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*